IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SUNTRUST BANK** | § | |
| | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   4:15-CV-03309 |
| | § | |
| **CHRISTOPHER P. KISZKIEL,** | § | |
| **MIKOLAJ J. KISZKIEL,** | § | |
| **MELISSA A. KISZKIEL, and** | § | |
| **OFFSHORE ENTERPRISES** | § | |
| **HOLDINGS, LLC** | § | |
| | § | |
| **Defendants** | § | |

_____

### DEFENDANTS' ORIGINAL ANSWER
_____

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants **CHRISTOPHER P. KISZKIEL, MIKOLAJ J. KISZKIEL, MELISSA A. KISZKIEL, and OFFSHORE ENTERPRISES HOLDINGS, LLC** ("Defendants") file this Defendants' Original Answer in Response to Plaintiff SUNTRUST BANK's Original Complaint.

### I.
### ADMISSIONS AND DENIALS

1. Defendants admit this Court has jurisdiction over this proceeding.

2. Defendants admit that venue is proper in this district.

3. Defendants admit Plaintiff SunTrust is a Georgia Corporation.

4. Defendants admit.

5. Defendants admit.

1

6. Defendants admit.

7. Defendants admit.

8. Defendants admit that this is an action filed regarding a vessel but deny that a deficiency exists.

9. Defendants admit the facts set forth in paragraph No. 9 of the Original Petition and composite Exhibit A.

10. Defendants admit that the Defendant Mikolaj Kiszkiel signed the extension of payment agreement, but deny that all Defendants executed said extension as stated so forth in paragraph No. 10 of the Original Petition and composite Exhibit B.

11. Defendants admit the facts set forth in paragraph No. 11 of the Original Petition.

12. Defendants admit the allegations set forth in paragraph No. 12 of the Original Petition.

13. Defendants admit.

14. Defendants admit the Vessel was sold, but cannot admit or deny that the Vessel was sold at a private sale. Moreover, Defendants admit that SunTrust sent Deficiency Notices to each Defendant, but deny owing a deficiency balance.

15. Defendants admits the first two sentences of paragraph No. 15 of the Original Petition but denies the third sentence that the Plaintiff SunTrust is entitled to a deficiency balance.

16. Defendants deny the allegations set forth in paragraph No. 16 of the Original Petition.

17. Defendants deny the allegations set forth in paragraph No. 17 of the Original Petition.

18. Defendants deny the allegations set forth in paragraph No. 18 of the Original Petition.

19. Defendants deny the allegations set forth in paragraph No. 19 of the Original Petition.

## II.
## DEFENSES

20. Plaintiff failed to dispose of the collateral in a commercially reasonable manner and, therefore, is not entitled to recover a deficiency judgment.

## III.
## CONDITIONS PRECEDENT

Plaintiff has not performed all conditions precedent that it was required to perform before filing suit, namely and most notably the following:

21. Plaintiff failed to dispose of the collateral in a commercially reasonable manner.

## IV.
## CONCLUSION AND PRAYER

**FOR THESE REASONS**, Defendants ask this Court to dismiss the complaint and enter judgment in favor of the Defendants.

Respectfully submitted,

## JOHNSON & BRYAN

By: /s/ Travis A. Bryan_____
**TRAVIS A. BRYAN**
State Bar No. 24069438
**JONATHON C. JOHNSON**
State Bar No. 24034509
701 N. Post Oak Road, Suite 140
Houston, Texas 77024
(713) 751-0070 (Telephone)
(713) 751-0075 (Telecopy)
travis@jblawtexas.com
chad@jblawtexas.com

*ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

      I, Travis Bryan certify that on the 15th day of January, 2016, I electronically filed with the Clerk of the Court using the CM/ECF system a copy of Defendants' Original Answer to Plaintiff's Original Petition, which will send notification of such filing to the following:

Gary F. Cerasuolo, Esq.                                         *Via CM/ECF*
SMITH & CERASUOLO, LLP
7500 San Felipe at Voss
Suite 410
Houston, TX 77063

*Attorneys for the Plaintiff*

                                                   /s/ Travis A. Bryan
                                                   **TRAVIS A. BRYAN**
                                                   **ATTORNEY IN CHARGE FOR THE**
                                                   **DEFENDANTS**