IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States District Court
Southern District of Texas
**ENTERED**
May 09, 2016
David J. Bradley, Clerk

| | |
|---|---|
| SUNTRUST BANK | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO.  4:15-cv-3309 |
| CHRISTOPHER P. KISZKIEL, | § |
| MIKOLAJ J. KISZKIEL, | § |
| MELISSA A. KISZKIEL, and | § |
| OFFSHORE ENTERPRISES | § |
| HOLDINGS, LLC | § |
| | § |
| Defendants. | § |

## ORDER

On this day came on to be heard SunTrust Bank, plaintiff, and Christopher P. Kiszkiel, Mikolaj J. Kiszkiel, Melissa A. Kiszkiel, and Offshore Enterprises Holdings, LLC, defendants, (collectively the "Parties"), who have announced to the Court that there has been a full and final compromise and settlement in this case. It appearing to the Court that said settlement is agreed to by the Parties and that the same should otherwise be approved; it is therefore,

ORDERED that SunTrust Bank recover from Christopher P. Kiszkiel, Mikolaj J. Kiszkiel, Melissa A. Kiszkiel, and Offshore Enterprises Holdings, LLC, jointly and severally, the sum of FOUR HUNDRED SIXTY-ONE THOUSAND TWO HUNDRED SIXTY-NINE AND 43/100 DOLLARS ($461,269.43); it is further

ORDERED that SunTrust Bank recover from Christopher P. Kiszkiel, Mikolaj J. Kiszkiel, Melissa A. Kiszkiel, and Offshore Enterprises Holdings, LLC, jointly and severally, attorney's fees in the sum of FIVE THOUSAND AND NO/100 DOLLARS ($5,000.00) if an appeal is filed with the Court of Appeals by Christopher P. Kiszkiel, Mikolaj J. Kiszkiel, Melissa A. Kiszkiel,

and Offshore Enterprises Holdings, LLC, and if SunTrust Bank ultimately prevails on appeal; it is further

ORDERED that SunTrust Bank recover from Christopher P. Kiszkiel, Mikolaj J. Kiszkiel, Melissa A. Kiszkiel, and Offshore Enterprises Holdings, LLC, jointly and severally, attorney's fees in the sum of FIVE THOUSAND AND NO/100 DOLLARS ($5,000.00) in the event Christopher P. Kiszkiel, Mikolaj J. Kiszkiel, Melissa A. Kiszkiel, and Offshore Enterprises Holdings, LLC, file an application for writ of error to the Supreme Court and SUNTRUST BANK ultimately prevails on appeal; it is further

ORDERED that SunTrust Bank recover from Christopher P. Kiszkiel, Mikolaj J. Kiszkiel, Melissa A. Kiszkiel, and Offshore Enterprises Holdings, LLC, jointly and severally, attorney's fees in the sum of THREE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($3,500.00) in the event that the Supreme Court grants a Petition for Review in this case and SUNTRUST BANK ultimately prevails on appeal; it is further

ORDERED that the total amount of the judgment here rendered will bear post-judgment interest at the rate of 0.58% from the date this judgment is entered until the judgment is paid in full; it is further

ORDERED that all costs of court spent or incurred in this cause are adjudged against the party incurring same; it is further

ORDERED by the Court that all writs and processes for the enforcement and collection of this judgment may issue as necessary; and it is further

ORDERED that this judgment disposes of all parties and claims and is final and appealable.

SIGNED this ~~day of~~ May 9, 2016.

_____
Presiding Judge