IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SUNTRUST BANK** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO.   4:15-cv-3309 |
| **CHRISTOPHER P. KISZKIEL,** | § |
| **MIKOLAJ J. KISZKIEL,** | § |
| **MELISSA A. KISZKIEL, and** | § |
| **OFFSHORE ENTERPRISES** | § |
| **HOLDINGS, LLC** | § |
| | § |
| **Defendants.** | § |

## MOTION FOR NONSUIT AS TO AMEGY BANK, N.A. ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

Suntrust Bank ("Suntrust"), plaintiff, and files this Notice of Nonsuit Without Prejudice as to Amegy Bank, N.A. only, and as grounds respectfully states the following:

Suntrust does not desire to prosecute this suit against Amegy Bank, N.A. at this time and hereby dismisses Amegy Bank, N.A. without prejudice.

WHEREFORE, Plaintiff prays that this lawsuit be dismissed as to Amegy Bank, N.A. only, without prejudice as to the refiling of same and for such other and further relief to which it is justly entitled.

        Respectfully submitted,

        SMITH & CERASUOLO, LLP

By:    /s/ Gary F. Cerasuolo
       Gary F. Cerasuolo
       State Bar No. 00789927
       7500 San Felipe, Suite 777
       Houston, Texas 77063
       (713) 787-0003
       (713) 782-6785 – Fax
       gfc@texasweblawyer.com

       ATTORNEYS FOR SUNTRUST BANK