| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| SunTrust Bank, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-15-3309 |
| Christopher P. Kiszkiel, et al., | § § | |
| Defendants, | § § | |
| Amegy Bank, N.A., | § § | |
| Garnishee. | § § | |

## Partial Dismissal

1. Having been advised that SunTrust Bank no longer wishes to pursue its claims against Amegy Bank, N.A., the claims between them are dismissed without prejudice.

2. The writ of garnishment is quashed against Amegy. (22)

Signed July 20, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge